FILED

07 NOV 20 PM 1:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. Case Number: '07 MJ 2715 |
| v. | COMPLAINT FOR VIOLATION OF |
| Diego RUBIO-Gastelum Defendant, | Title 31, U.S.C., Section 5332<br>Bulk Cash Smuggling |

The undersigned complaint being duly sworn states:

That on or about November 19, 2007, within the Southern District of California, Diego RUBIO-Gastelum, did knowingly and intentionally conceal in his vehicle more than $10,000.00 in US currency to wit $249,960.00 in US Currency and attempt to transfer such currency from a place inside the United States to a place outside the United States, with the intent to evade the currency reporting requirement; in violation of Title 31, United States Code, Section 5332.

[signature]

Special Agent Jason F. Dunham
US Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF November, 2007.

[signature]

MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Jason Dunham, declare under penalty of perjury, the following is true and correct:

On November 19, 2007, United States Border Patrol Agents were conducting vehicle inspections at Interstate-8 westbound Border Patrol Checkpoint near Pine Valley, California. At approximately 0330 hours, a Border Patrol Canine Agent performing pre-primary inspections noted that his Narcotics/Human Detector Dog alerted to a 1994 Nissan Quest bearing California license 4XHH319. Agents referred the driver and sole occupant of the vehicle, later identified as Diego RUBIO-Gastelum to the secondary inspection area of the checkpoint where the Narcotics/Human Detector Dog alerted to the passengers side sliding door of the vehicle. Agents inspected the door and noticed what appeared to be bundles of currency concealed inside.

A total of $249,960.00 in United States currency was removed from the compartment inside of the sliding passengers' side door of the vehicle. An additional $320.00 in US Currency was seized from the wallet of RUBIO after RUBIO's admission that the currency in his wallet was an upfront payment of his smuggling fee. The total amount of US Currency seized from RUBIO totaled $250,280.00

Immigration and Customs Enforcement Special Agents advised RUBIO of his Miranda rights in the Spanish language. RUBIO stated that he understood his rights and agreed to waive his rights and speak to the agents without the presence of counsel. Post Miranda, RUBIO admitted that he was smuggling an unknown amount of US Currency from Phoenix, Arizona to Tijuana, Baja California, Mexico and that he expected to be paid $1,000.00 for doing so. RUBIO stated that he picked up a friends vehicle in Otay Mesa, California and drove directly to Phoenix, AZ with the intention of smuggling US Currency back into Mexico RUBIO stated that he met an unknown white male who told RUBIO to watch a movie while the US currency was concealed in the vehicle. RUBIO picked up the vehicle several hours later and was heading directly to Tijuana, Baja California, Mexico when he was stopped by Border Patrol Agents. RUBIO additionally stated that he knew smuggling US Currency into Mexico was illegal and that he was not going to declare the concealed currency to Customs Officers when he crossed into Mexico from the United States.